1  Your Name **NAKEETA Woods**
   Address — **9410 N. 31st AVENUE Unit #1076 PHX, AZ 85051**
2  City, State, Zip
   Telephone Number **602-531-4735**
3

```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

   MAY 1 5 2012

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY _____ M DEPUTY
```

6               IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

9  Your Name, **NAKEETA Woods**     ) CASE NUMBER WILL BE ASSIGNED
                                    ) AT TIME OF FILING
10         Plaintiff,                )
                                    )
11 vs.                               )       CV-12-1013-PHX-ROS
                                    )
                                    ) COMPLAINT
12                                   )
           Defendant.                ) **✱ Invasion of Privacy ✱**
13 **National Security Agency** ) **✱ Synthetic Telepathy Neural decoding**
14
15 **✱ Governor Jan Brewer**   **✱ Thought Surveillance — Human Rights**
                         Jurisdiction
16                     (Separate Paragraph)         **Violations ✱**
17 **✱ President Barack**
18       **Obama**
                         Complaint
                    (Separate Paragraph(s))
19          COMPLAINT MUST COMPLY WITH RULE 8(a)
             (A copy of Rule 8(a) is attached)
20

22                          Demand
                    (Separate Paragraph)
23                   **$250,000.00 —**
                     **✱ $1,000,000.00 (Million)**
24                   **✱ Punitive Damages ✱**
25 Dated: **May 14, 2012**    (YOUR SIGNATURE IN INK)
                              Signature typed or printed —
26                            Address —
                              Telephone Number —
27

28
                        **ATTACHMENT 2**