AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 15 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of **Arizona**

**Nakeeta Woods**
Plaintiff/Petitioner

v.

**National Security Agency**
Defendant/Respondent

Civil Action No. **CV-12-1013-PHX-ROS**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

* Governor - Jan Brewer
* President - Barack Obama

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: **Nakeeta Woods**

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: **May 14, 2012**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| ~~Employment~~ Disability Social Security Benefits | $ 1,188.00 | $ Not Yet | $ 1,188 | $ Not Yet |
| Self-employment | $ — | $ | $ — | $ |
| Income from real property (such as rental income) | $ — | $ | $ — | $ |
| Interest and dividends | $ — | $ | $ — | $ |
| Gifts | $ — | $ | $ — | $ |
| Alimony | $ — | $ | $ — | $ |
| Child support | $ — | $ | $ — | $ |

ATTACHMENT 6

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ — | $ — | $ — | $ — |
| Disability *(such as social security, insurance payments)* | $ 1,188 | $ — | $ 1,188 | $ — |
| Unemployment payments | $ — | $ — | $ — | $ — |
| Public-assistance *(such as welfare)*  NONE | $ — | $ — | $ — | $ — |
| Other *(specify):* | $ — | $ — | $ — | $ — |
| * Waiting List for Housing Assistance  Total monthly income: | $ 1,188 | $ — | $ 1,188 | $ — |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE — | — | $ — |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | — | $ — |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ Not Applicable

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| CHASE BANK | CHECKING | $ Every 3rd of each Month - $1,188 or More! | $ NONE |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home (Value) | Not Applicable | $ |
| Other real estate (Value) | Not Applicable | $ |
| Motor vehicle #1 (Value) | Not Applicable | $ |
| Make and year: | Not Applicable | |
| Model: | Not Applicable | |
| Registration #: | Not Applicable | |
| Motor vehicle #2 (Value) | Not Applicable | $ |
| Make and year: | Not Applicable | |
| Model: | Not Applicable | |
| Registration #: | Not Applicable | |
| Other assets (Value) | Not Applicable | $ |
| Other assets (Value) | Not Applicable | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| National Security Agency | $250,000.00 — $500,000.00 — 1,000,000.00 MAX $ Expungement/Electronic *Purge of legal documents from AZ Justice | $ (Invasion of Privacy) Lawsuit Complaint |
| *For Punitive Damages | | |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Not Yet Applicable | System of Maricopa County *Database* of Glendale, Buckeye By U.S. District Court OR AZ Supreme Court!! | — |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)  Are real estate taxes included? ☐ Yes ☒ No  Is property insurance included? ☐ Yes ☒ No | $ | $ Not yet |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ $50-$110.00 | $ |
| Home maintenance (repairs and upkeep) | $ $50-$100.00 | $ |
| Food | $ $150.00 | $ |
| Clothing | $ $150-$200.00 | $ |
| Laundry and dry-cleaning | $ $25-$50.00 | $ |
| Medical and dental expenses | $ $65-$200.00 | $ |
| Transportation (not including motor vehicle payments) | $ $175-$30.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ $50-$150.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: 12.50 - 16.66 | $ 12.-16.66 | $ |
| Life: 15,000.00 to 20,000.00 | $ 15-20,000.00 | $ |
| Health: Cigna | $ 0-265 | $ |
| Motor vehicle: Not Applicable | $ Not Applicable | |
| Other: — | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
| Motor vehicle: None | $ None | $ |
| Credit card (name): None | $ None | $ |
| Department store (name): None | $ None | $ |
| Other: None | $ None | $ |
| Alimony, maintenance, and support paid to others | $ None | $ |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Other (specify): | $ 0.00 | $ 0.00 |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?   ☒ Yes   ☒ No   *IF I can obtain an Attorney*

    If yes, how much?  $ —??— *Preference, not through AZ STATE BAR*)
    If yes, state the attorney's name, address, and telephone number: *to pay until case settles.*

    ✱ *And it has been difficult finding Attorney(s) support to handle my*
    ✱ *Complaint carefully.*

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?   ☒ Yes   ☒ No

    If yes, how much?  $ ?
    If yes, state the person's name, address, and telephone number:

    *Possibly if I can successfully acquire it.*

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    *I am currently unemployed due to gang-stalking attacks inflicted on me through local and long distance community neighbors who obtain illegal access to my privacy rights through and by government officials and Agencies (National Security Agency)*

13. Identify the city and state of your legal residence.

    Your daytime phone number:  000-000-0000
    Your age: 33    Your years of schooling:  13 Plus and more
    Last four digits of your social-security number:  0000

    ✱ *NSA* ✱

✱ *Victim of an organized gang-stalking telepathic conspiracy.*

**Rule 8. General Rules of Pleading**

**(a) Claim for Relief.** A pleading that states a claim for relief must contain:

**(1)** a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

**(2)** a short and plain statement of the claim showing that the pleader is entitled to relief; and

**(3)** a demand for the relief sought, which may include relief in the alternative or different types of relief.

**ATTACHMENT 10**

\*I AM currently unable to obtain Attorney Support\*

\* Victim Of Organized Gang-Stalking \*

## Invasion Of Privacy Complaint

The right to privacy entreatment to the Arizona United States District Court Of Sandra Day O'Connor. Intrusion upon Seclusion; Arizona Revised Statutes-Title 13 Criminal Code-Section 13-1424 Voyeurism; classification.

My demand for compensatory and punitive reliefs are reasoningable and well-deserving for a Grant.

\* **Punitive damages** - $ **250,000.00** - $ **1,000,000.00** emotional distresses, lost wages, etc.

\* **Expungement Procession** - (An electronic purge of my legal documents from the Arizona Justice System Of Maricopa County data base from Glendale and Buckeye Magistrate) by The United States District Court or The Arizona Supreme Court.

Respectfully Written,

Nakeeta Woods

ADDRESS: 9410 N. 31st AVE.
Unit # 1076
Phoenix, AZ 85051